# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GENE POLK,

        Petitioner,         Case Number: 07-CV-13089

v.         HONORABLE ARTHUR J. TARNOW

FRED MENIFEE,

        Respondent.
        _____/

## OPINION AND ORDER TRANSFERRING PETITION FOR WRIT OF HABEAS CORPUS TO UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA

Petitioner, Gene Polk, currently confined at the United States Penitentiary in Pollock, Louisiana, has filed a *pro se* petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241. In his petition, Petitioner challenges his 1995 convictions for intentional killing and several drug-related convictions. Those convictions were rendered in this District. *See* United States v. Polk, 2:92-cr-81127.

Generally, "claims asserted by federal prisoners that seek to challenge their convictions or imposition of their sentence shall be filed in the sentencing court under 28 U.S.C. § 2255 . . . and . . . claims seeking to challenge the execution or manner in which the sentence is served shall be filed in the court having jurisdiction over the prisoner's custodian under 28 U.S.C. § 2241." Charles v. Chandler, 180 F.3d 755, 756-57 (6th Cir. 1999). A federal prisoner may bring a claim challenging his or her conviction under § 2241 only if the remedy under § 2255 is inadequate or ineffective to test the legality of the defendant's detention. Id. at 756-58. Petitioner maintains that § 2255 is inadequate and ineffective to challenge the legality of his

detention; and, therefore, that the pending petition is properly filed under § 2241.

Claims asserted by federal prisoners under 28 U.S.C. § 2241 shall be filed in the court having jurisdiction over the prisoner's custodian. Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004); Charles v. Chandler, 180 F.3d 753, 756-57 (6th Cir. 1999). Petitioner is incarcerated in Pollock, Louisiana. Thus, pursuant to 28 U.S.C. § 1631, the Court shall transfer the petition to the court having jurisdiction over Petitioner's custodian, the United States District Court for the Western District of Louisiana.

Accordingly, **IT IS ORDERED** that this case be **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

S/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated: August 3, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 3, 2007, by electronic and/or ordinary mail.

S/Catherine A. Pickles
Judicial Secretary